```
 1  STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  KEVIN YEH (CABN 314079)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-7063
 7      Fax: (415) 436-7234
        kevin.yeh@usdoj.gov
 8
    Attorneys for United States of America
```

FILED

Mar 30 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CHARLES RICHARD BARRETT,<br><br>　　　Defendant. | NO.: 3:22-mj-70424 MAG<br><br>MOTION FOR SEALING ORDER AND [PROPOSED] ORDER<br><br>**UNDER SEAL** |

　　　The United States of America moves this Court for an order sealing this Motion, the Complaint and Arrest Warrant in this matter, and this Sealing Order until further order of the Court. Disclosure of the existence of these documents may cause the defendant to flee or conceal ongoing criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant.

　　　Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to the United States Attorney's Office. The United States is permitted to share these documents as necessary with defense counsel and with agents of the U.S. Department of Homeland Security, Homeland Security Investigations, and other law enforcement officers.

//

| | | |
|---|---|---|
| 1 | DATED: March 30, 2022 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS |
| | | United States Attorney |

/s/ Kevin Yeh
KEVIN YEH
Assistant United States Attorney

**[PROPOSED] ORDER**

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the Motion to Seal, Complaint, Arrest Warrant, this Sealing Order, and other related documents in this case shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to agents of the U.S. Department of Homeland Security, Homeland Security Investigations, other law enforcement, and the United States Attorney's Office, and the Complaint and Arrest Warrant may be disclosed to federal agents and other law enforcement officers to effectuate the arrest of the defendant. The United States Attorney's Office is permitted to share these documents as necessary with defense counsel.

**IT IS SO ORDERED.**

DATED: 3/30/2022

HON. JOSEPH C. SPERO
Chief United States Magistrate Judge