1  STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4  KEVIN YEH (CABN 314079)
Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel.: (415) 436-7063

7  Fax: (415) 436-7234
kevin.yeh@usdoj.gov

8

Attorneys for United States of America

9

10                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

11

                      SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,            )  **Case No. 3:22-mj-70424 MAG**
                                         )
14       Plaintiff,                      )  **DECLARATION OF KEVIN YEH IN SUPPORT**
                                         )  **OF UNITED STATES' MOTION FOR**
15    v.                                 )  **DETENTION**
                                         )
16  CHARLES RICHARD BARRETT,             )  Date:  April 5, 2022
                                         )  Time:  12:00 p.m.
17       Defendant.                      )  Court: Hon. Thomas S. Hixson
                                         )

18

19       I, Kevin Yeh, declare as follows:

20       1.      I am an Assistant United States Attorney for the Northern District of California.  I submit

21  this declaration in support of the United States' Motion for Detention.

22       2.      Attached as Exhibit A is a true and accurate copy of Department of Homeland Security,

23  Homeland Security Investigations ("HSI"), Report of Investigation ("ROI") 122.  I received a copy of

24  this ROI from HSI Special Agent Christine Brital.

25       3.      Attached as Exhibit B is a true and accurate copy of ROI 245.  I received a copy of this

26  ROI from HSI Special Agent Christine Brital.

27       4.      Attached as Exhibit C is a true and accurate copy of ROI 246.  I received a copy of this

28  ROI from HSI Special Agent Christine Brital.

Yeh Decl. ISO United States' Detention Mem.          1
3:22-mj-70424 MAG

1    5.    Attached as Exhibit D is a true and accurate copy of ROI 247.  I received a copy of this

2  ROI from HSI Special Agent Christine Brital.

3    6.    Attached as Exhibit E is a true and accurate copy of ROI 244.  I received a copy of this

4  ROI from HSI Special Agent Christine Brital.

5    7.    Attached as Exhibit F is a true and accurate copy of ROI 170.  I received a copy of this

6  ROI from HSI Special Agent Christine Brital.

7    8.    I was informed by HSI Special Agent Christine Brital that, while the investigation of

8  Charles Richard Barrett for receipt of child pornography and other conduct is ongoing, HSI agents

9  believe that there are at least two to three additional victims involved in the case.

10    I swear under penalty of perjury that the foregoing is true and correct to the best of my

11  knowledge.

12  Dated:  April 4, 2022

13  */s/ Kevin Yeh*
    KEVIN YEH

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28